DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS URIBE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>　v.<br><br>JOSE LUIS URIBE,<br><br>　　　*Defendant.* | Case No. 1:06-cr-0267 OWW<br><br>STIPULATION TO EXTEND FILING DATES OF MOTIONS SCHEDULE; AND CONTINUE MOTIONS HEARING/STATUS CONFERENCE AND ORDER THEREON<br><br>Date : November 28, 2006<br>Time: 9:00 a.m.<br>Dept : The Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, in the above captioned matter, hat the filing date of defendant's motions is extended from September 26, 2006 to **October 30, 2006**; that plaintiff's response to defendant's motions is extended from October 17, 2006 to **November 4, 2006**, and that the Motions/Status Conference hearing is continued from October 24, 2006 to **November 28, 2006 at 9:00 a.m.**

　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///
///
///
///
///

1  negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED:  September 29, 2006                McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


   DATED:  September 29, 2006                DANIEL J. BRODERICK
                                             Acting Federal Defender


                                             /s/ Ann H. Voris
                                             ANN H. VORIS
                                             Assistant Federal Defender
                                             Attorney for Defendant


                             **O R D E R**

IT IS SO ORDERED.

**Dated:   October 3, 2006**                 **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

Stipulation to Extend Filing Dates of
Motion Schedule                              2